**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Rogelio Ramos, Jr.,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No. 1:25-cv-01457-RP** |
| | § | |
| **Jordan Ford, Ltd.,** *et al.*, | § | |
| *Defendants* | § | |

## ORDER

Plaintiff filed his Complaint on September 9, 2025. Dkt. 1. Defendants Casey Ogletree and Jordan Ford, Ltd. answered on February 20, 2026. Dkt. 7; Dkt. 8. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties submit a proposed scheduling order to the court "[n]ot later than 60 days after any appearance of any defendant").

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **May 26, 2026**.

**SIGNED** on May 12, 2026.

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE